UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBIN M. LEE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN SAVINGS BANK, et al.,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-02007-MMD-CWH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>(dkt. no. 2) |

Before this Court is the Report and Recommendation of the United States Magistrate Judge (dkt. no. 2), entered by the Honorable Carl W. Hoffman regarding Plaintiff Robin M. Lee's Application to Proceed *In Forma Pauperis* and Complaint (dkt. no. 1, filed November 20, 2012).

The Report and Recommendation was twice mailed to Lee, and both times returned undelivered. Consequently, no objection was filed to Magistrate Judge Hoffman's Report and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. This matter was referred to the undersigned for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B)-(C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Hoffman should be accepted and adopted in whole. In addition, Local Rule LSR 2-2 requires that a plaintiff keep current

1 his address with the Court.  Failure to do so may result in dismissal of the action with
2 prejudice. Lee's failure to maintain a current address further counsels in favor of
3 adopting the Report and Recommendation.

4     Accordingly, IT IS ORDERED that the Report and Recommendation (dkt. no. 2) is
5 ADOPTED.  Plaintiff's Application (dkt. no. 1) is DENIED and his complaint dismissed
6 WITH PREJUDICE.

7     ENTERED THIS 27th day of December 2012.

                                            MIRANDA M. DU
                                            UNITED STATES DISTRICT JUDGE